No. 76–6669. JONES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 76–6672. CHERRY v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 76–6674. ⊸PERKINS v. ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 76–6676. WHITE v. YOCHELSON. Ct. App. D. C. Certiorari denied.

No. 76–6681. CROWLEY v. NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 76–6688. CUTHBERTSON v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. 

No. 76–6693. CRISAFI v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–6733. FOSTER v. BECHTEL CORP. C. A. 9th Cir. Certiorari denied.

No. 76–6747. OWENS v. UNITED STATES PAROLE COMMISSION. C. A. 3d Cir. Certiorari denied. 

No. 76–6764. SALLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 76–6766. SHELTON v. TAYLOR, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 76–6777. WOODS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6821. CUTTING v. UNITED STATES. C. A. 7th Cir. Certiorari denied.